UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ELVA E. LOPEZ, | CASE NO. CV 16-04169-GJS |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of TWO THOUSAND, SEVEN HUNDRED and TWENTY-SEVEN dollars [$2,727.00], as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: December 13, 2017 _____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE